IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN MUHUMMAD,                                    PLAINTIFF
ADC #257034

v.                              4:21CV00483-LPR-JTK

COBBS, et al.                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections, and the time for such objections has expired. After a careful and *de novo* review of the proposed findings and recommendations as well as the record, the Court adopts the proposed findings and recommendations in their entirety.

IT IS, THEREFORE, ORDERED that Defendants Eric Higgins and Charles Kendrick are DISMISSED from this case. Plaintiff has failed to state a viable claim against them.

IT IS SO ORDERED this 4th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE