# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| WILLIE MURRY JUQAN MUHUMMAD,<br>ADC #257034 | | PLAINTIFF |
| v. | 4:21CV00483-LPR-JTK | |
| COBBS, et al. | | DEFENDANTS |

## ORDER

Plaintiff Willie Murry JaQan Muhummad ("Plaintiff") sued five individuals he identified as working at the Pulaski County Regional Detention Center ("Detention Center"). (Doc. Nos. 1, 6). When service on Defendant Johnson was returned unexecuted, the Court ordered service on Defendant Johnson at a last known address that is maintained under seal. (Doc. Nos. 10, 15). Service on Defendant Johnson at that address also has been returned unexecuted. (Doc. No. 20).

It is Plaintiff's responsibility to provide a valid service address for each Defendant. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also Fed. R. Civ. P. 4(m) (providing that any defendant who is not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). Plaintiff must provide the Court with a valid service address for Defendant Johnson within thirty (30) days of the date of this Order. If he fails to do so and Defendant Johnson is not served in the time allowed, the Court will recommend this Defendant be dismissed from this action without prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff must provide a valid service address for Defendant Johnson within thirty (30) days of the date of this Order.

IT IS SO ORDERERED this 14th day of January, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE