IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIE MURRY JUQAN MUHUMMAD,                                       PLAINTIFF
ADC #257034

v.                                    4:21CV00483-LPR-JTK

COBBS, et al.                                                       DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following partial recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objections; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Defendants Cobbs and Thomas (collectively, "Defendants") filed a Motion to Dismiss Pursuant to Local Rule 5.5(c)(2). (Doc. No. 27). Defendants explained that mail they sent to Plaintiff at his address of record had been returned as undeliverable. (Doc. Nos. 28, 29). Pointing out that a pro se Plaintiff must update his contact information with the Court, Defendants sought the dismissal of Plaintiff's Complaint for his failure to do so. (Doc. Nos. 27, 28).

The day after Defendants filed their Motion, Plaintiff filed a Notice of Change of Address. (Doc. No. 30). Plaintiff has fulfilled his obligation under Local Rule 5.5(c)(2). As such, the Court will recommend Defendants' Motion be denied.

IT IS THEREFORE RECOMMENDED that Defendant's Motion to Dismiss (Doc. No. 27) be DENIED.

Dated this 6th day of May, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE