IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JUQAN MUHUMMAD,**                                    **PLAINTIFF**
ADC #097878

v.          Case No. 4:21CV00483-LPR-JTK

**COBBS, et al.**                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED THAT Defendant's Motion to Dismiss (Doc. No. 27) is DENIED.

Dated this 6th day of June, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] To the extent more recent mail has been returned, it appears to be returned solely because the ADC number is incorrect on the mail. Plaintiff has clearly indicated his ADC number is #097878. For some reason, the returned mail has the wrong ADC number: #257034. The Clerk is directed to resend a copy of the docket and this Order to Plaintiff at the correct address and with the correct ADC number.