IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE MURRY JUQAN MUHUMMAD**                                                                **PLAINTIFF**
**ADC #097878**

v.                                         Case No. 4:21-cv-00483-LPR

**COBBS, et al.**                                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants Cobbs and Thomisee. All other claims in this case are dismissed without prejudice based on prior Orders.

IT IS SO ADJUDGED this 10th day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE